NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re NORMA V. BREMMER,**

*Petitioner*

---

2026-107

---

On Petition for Writ of Mandamus to the United States Court of Appeals for Veterans Claims in No. 25-4570, Chief Judge Michael P. Allen.

---

## ON PETITION AND MOTION

---

Before PROST, CHEN, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

In June 2025, Norma V. Bremmer filed an appeal at the United States Court of Appeals for Veterans Claims. That appeal is fully briefed and remains pending.  She submits an "Emergency: Petition For Review Request," in which she contends that her appeal is "stuck" at the Court of Appeals for Veterans Claims, based on, among other things, an order granting the Secretary of Veterans Affairs an extension of time to file his brief.  Pet. at 1–2.  She also moves for leave to proceed *in forma pauperis* (IFP).

Consistent with longstanding traditions of the federal courts system, "our jurisdiction is limited to the review of final decisions of the Veterans Court," *Allen v. Principi*, 237 F.3d 1368, 1372 (Fed. Cir. 2001) (emphasis omitted), which does not include orders of that court granting extensions of time. To the extent Ms. Bremmer is seeking mandamus relief, she has not shown material, let alone egregious, delay on her appeal or a clear and indisputable right to relief.

Accordingly,

IT IS ORDERED THAT:

(1)  The petition is denied.

(2)  The motion for leave to proceed IFP is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 9, 2025
Date